# Exhibit B

FILED ELECTRONICALLY
CHATHAM COUNTY NC
LUNDAY A. RIGGSBEE
REGISTER OF DEEDS

======================
| FILED | Aug 17, 2021 |
| AT | 03:44:14 PM |
| BOOK | 02238 |
| START PAGE | 0915 |
| END PAGE | 0921 |
| INSTRUMENT # | 12747 |
| EXCISE TAX | $0.00 |

*After Recording Return To:*
Hometap Equity Partners, LLC
800 Boylston Street
16th Floor
Boston, MA 02199

*Recording Requested By:*
*Hometap Investment Partners II, L.P.*
Investment No.: NC251339

Prepared by: Adam Jaskievic
Hometap Equity Partners LLC
800 Boylston Street, 16th Floor
Boston, MA 02199

PARCEL ID : 0018105

C-NC770360

_____ **[Space Above This Line For Recording Data]** _____

**Investment Amount: $18,000.00**

## MEMORANDUM OF OPTION PURCHASE AGREEMENT

This Memorandum of Option Purchase Agreement (this **"Memorandum"**) is entered into as of 07/15/2021 (the **"Signing Date"**), by and between Robert C. Batchelor, a single man (the **"Owner"**) and Hometap Investment Partners II, L.P., a Delaware limited partnership, and its successors and assigns ("Hometap"). The Owner and Hometap are sometimes referred to together in this Memorandum as the "Parties" and individually as a **"Party"**. Terms not defined in this Memorandum have the meanings provided in the Hometap Option Purchase Agreement (the **"Option Agreement"**).

WHEREAS, on the Signing Date the Owner and Hometap entered into that certain unrecorded Option Agreement, which is incorporated by reference into this Memorandum as if set forth in full;

WHEREAS, pursuant to the Option Agreement, the Owner has granted and conveyed to Hometap an option (the **"Option"**) to purchase an undivided percentage interest of fee simple title ownership in and to the residential real property owned by the Owner located at 2727 Rosser Road, Bear Creek, NC 27207 and further described on Exhibit A attached hereto (the **"Property"**);

WHEREAS, in consideration for granting and conveying the Option, Hometap has paid to the Owner the Investment Amount;

WHEREAS, pursuant to the Option Agreement the Owner has made certain representations, warranties, covenants and promises to, and for the benefit of, Hometap regarding the Option and the Property; and

Submitted electronically by "ClearEdge Title, Inc."
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Chatham County Register of Deeds.

Case 1:26-cv-00515    Document 1-2    Filed 06/03/26    Page 2 of 8

WHEREAS, the Parties have executed and recorded this Memorandum to give notice of the Option Agreement and certain rights of Hometap to the Property and certain responsibilities the Owner owes Hometap, as well as the covenants and promises of the Owner included in the Option Agreement that run with the land and will be binding on any person who acquires the Property or any interest in the Property so long as the Option Agreement has not expired or been terminated.

NOW THEREFORE, in consideration of the foregoing the Parties agree as follows:

1. <u>Irrevocable Nature of Option</u>. The Option is irrevocable by the Owner.

2. <u>Option Period</u>. The Option will commence on the Effective Date and will expire on (the "**Expiration Date**"), unless the Option Period has been extended in accordance with the Option Agreement, which extension shall not exceed a period of ten (10) years.

3. <u>Subsequent Owners</u>. Every person who now or later owns or acquires any right, title, or interest in or to the Property is and will be conclusively deemed to have consented and agreed to every restriction, provision, covenant, right, and limitation contained in the Option Agreement and this Memorandum, whether or not such person expressly assumes such restrictions, provisions, covenants, rights, and limitations or whether or not any reference to the Option Agreement or this Memorandum is contained in the instrument conveying such interest in the Property to such person.

4. <u>Option Covenants Run with the Land</u>. The Option Agreement covenants are deemed to be covenants running with the land, so as to give it the broadest possible application, and include, without limitation, the following:

    a. Restrictions on the Owner's right to transfer the Property.

    b. Restrictions on the Owner's ability to borrow against the Property.

    c. Restrictions of the Owner's ability to rent the Property.

    d. Requirement that the Owner pay Hometap the Hometap Share pursuant to the terms and conditions of the Option Agreement.

    e. Requirements that any sale of the Property conform to certain procedures set forth in the Option Agreement.

    f. Requirements that the Owner maintain adequate insurance on the Property against certain hazards.

    g. Requirements that the Owner keep the property free and clear of any liens or encumbrances not authorized by Hometap.

5. <u>Governing Law</u>. This Memorandum will be determined under, governed by, and construed in accordance with the laws of the state in which the Property is located, without regard to its conflict of law principles to the furthest extent possible.

6. <u>Counterparts</u>. This Memorandum may be executed in counterparts, each of which when so executed will be deemed an original, but all such counterparts will constitute one and the same agreement.

7. <u>Termination</u>. This Memorandum will remain in full force and effect until released by written termination or quitclaim deed executed by Hometap and notarized and recorded in the real property records where the Property is located or until extinguished by operation of law.

8. <u>Notices</u>. All notices or written communications required in connection with this Memorandum will be delivered in accordance with the Option Agreement and to the following addresses, unless a Party has been notified by the other Party in writing of a substitute address:

<u>Hometap</u>

Hometap Investment Partners II, L.P.
800 Boylston Street
16th Floor
Boston, MA 02199
Attention: Legal Department

<u>Owner</u>
Robert C. Batchelor

2727 Rosser Road
Bear Creek, NC 27207

*[Signature Pages Follow]*

**IN WITNESS WHEREOF,** intending to be legally bound, the parties hereto have caused this Agreement to be executed as of the Signing Date. This Agreement may be executed in multiple counterparts, each of which when so executed will be deemed an original, but all such counterparts will constitute one and the same agreement.

**HOMETAP INVESTMENT PARTNERS II, L.P.**

By: Hometap Holdings II, LLC,
Its General Partner

By: _____

Name:   Adam Jaskievic

Title:   VP, Operations & Authorized Signatory

Date:   7/15/21

Acknowledgment Certificate

Commonwealth of Massachusetts

County of Suffolk

On this 15th day of July, 20 21, before me, the undersigned notary public,

____Adam Jaskievic_____ (name of document signer) personally appeared, proved to me

through satisfactory evidence of identification, which were ___MA Driver's License___, to be the person

whose name is signed on the preceding or attached document, and acknowledged to me that he signed it

voluntarily for its stated purpose.

_____
Notary Public Signature

My commission expires _____

JEFFREY M. HORNE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 31, 2028

**IN WITNESS WHEREOF**, intending to be legally bound, the Parties have executed this Memorandum as of the Signing Date by their signatures below. This Memorandum may be executed in multiple counterparts, each of which when so executed will be deemed an original, but all such counterparts will constitute one and the same Memorandum.

**OWNER(S):**

By: _____

Robert C. Batchelor

Date: 7/15/2021

Acknowledgment Certificate

Chatham County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document: _Robert C. Batchelor_

Date: 7\15\2021

(Official Seal)

> DAVID DEMARCO
> NOTARY PUBLIC
> Chatham County
> North Carolina
> My Commission Expires Sep. 30, 2025

David DeMarco
Official Signature of Notary

David DeMarco _____, Notary Public
Notary's printed or typed name

My commission expires: 9\30\2025

*Hometap – Memorandum of Option Purchase Agreement – North Carolina (v. 5.0)*          *Page 6*

## Exhibit A

Property Description

All those certain parcels of land in Oakland Township, Chatham County, North Carolina, and more particularly described as follows:

Tract One:

Being all of that certain tract of land as described in a deed dated August 24, 1970, from Robert Glen Willigman and wife, Lucille Singletary Willigman to Robert Lee Batchelor and wife, Carolyn Willigman Batchelor, and recorded in Deed Book 355, Page 220, Chatham County Registry, to which deed reference is hereby made for greater certainty of description.

Tract Two:

Being all of that certain tract of land as described in a deed dated October 18, 2000, from Robert Glen Willigman and wife, Lucille singletary Willigman to Robert Lee Batchelor and wife, Carolyn Willigman Batchelor, and recorded in Deed Book 842, Page 238, Chatham County Registry, to which reference is hereby made for greater certainty of description.

Parcel ID / APN: 0018105