# Exhibit

# E

 hometap

# Quarterly statement

Investment ID: NC366392

Property address: 9316 Ainslie Downs St, Charlotte, NC 28273

Owners: Bryan Bott

## Investment terms

| | |
|---|---|
| Beginning home value | $426,144 |
| Investment amount | $34,000 |
| Effective date | June 3, 2024 |
| Expiration date | June 3, 2034 |

### Hometap Percentage

This percentage changes based on when you choose to settle and is multiplied by the home's current value to determine the Hometap Share.

*If your home value increases or stays the same...*

| | | |
|---|---|---|
| Month 1-36 | Through June 3, 2027 | 11.968% |
| Month 37-72 | Through June 3, 2030 | 14.186% |
| Month 73-120 | Through June 3, 2034 | 15.957% |

*If your home value decreases...*

| | | |
|---|---|---|
| Month 1-120 | Through June 3, 2034 | 11.968% |

## Estimate as of June 30, 2025

This estimate is for informational purposes only and might differ from the final values at settlement.

| | | |
|---|---|---|
| Home value | $423,125 -0.7% from beginning home value | |
| | **Est. value** | **Est. percentage of home value** |
| Your share | $381,771 | 90.227% |
| Hometap Share | $41,354 | Capped |

Case 1:26-cv-00515    Document 1-5    Filed 06/03/26    Page 2 of 4

| The Hometap Share is the lesser of the following: | | |
|---|---|---|
| Hometap Cap | 20% annualized return on Investment Amount | $41,354 |
| Hometap Percentage x Home Value | 11.968% x $423,125 | $50,640 |

## Disclaimer

For homeowners in bankruptcy: **To the extent your original obligation has been discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and DOES NOT CONSTITUTE A DEMAND FOR REPAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

For homeowners who have defaulted and/or have had a cure payment issued on their behalf: Any amounts advanced by us to third parties on your behalf, including but not limited to, payment of taxes, HOA/COA dues, or insurance premiums, as well as legal fees and costs, **are not included** in this estimate. If added to your Investment, those amounts will be included when you request a settlement statement as described in the Frequently asked questions.

For homeowners who have requested a settlement statement: **This is not a settlement statement.** If you requested a settlement statement but have not received it yet, or you did receive a settlement statement, please refer to the settlement statement for the amount required to settle the Investment. If your settlement statement expired and you wish to settle the Investment, you must request another settlement statement as described in the Frequently asked questions.

## Understanding your statement

### Hometap Cap

The Hometap Cap limits the Hometap Share to a 20% annualized rate of return on the original Investment amount.

### Hometap Percentage

This percentage is multiplied by the home's current value to calculate the Hometap Share. It's lower if your home's value decreases, and higher if your home's value increases or stays the same.

### Hometap Share

This is the portion of your home's value that Hometap owns, and we'll keep when you settle your investment. The Hometap Share is the lesser of the Hometap Percentage or the Hometap Cap.

### Your share

This is the portion of your home's value that you'll keep at settlement. This might not be the amount you own outright — it doesn't account for borrowed funds, such as mortgages or other debts on your home.

## Frequently asked questions

### How is home value calculated?

To estimate your home value, we use an automated valuation model (AVM). If an AVM is not available, we use the most recent of your beginning home value or last valid AVM, plus appreciation data from the Federal Fair Housing Agency's Home Price Index.

Case 1:26-cv-00515    Document 1-5    Filed 06/03/26    Page 3 of 4

### Where can I find my statements?

Your quarterly account statements can be viewed anytime on your dashboard by clicking into "Statements & Documents" from your Investment Details page.

### I'm ready to settle. How do I get started?

Contact Investment Support at homeowners@hometap.com or call 617-604-6985 (Toll-free: 855-223-3144). You'll need to request a Settlement Statement and provide the following information: A good-through date for your Settlement Statement, and the method of settlement (home sale, refinance, or cash). If the method is home sale, please also provide a copy of the executed Purchase and Sale Agreement. We may need to conduct an AVM or appraisal to determine the ending home value, which is used to calculate the settlement amount. The account may be charged a fee for conducting the AVM or appraisal, which will be included in the settlement statement. You will be notified of such fee prior to conducting the AVM or appraisal.

### I have other questions. Who can I contact?

Please reach out to our Investment Support team at homeowners@hometap.com or call 617-604-6985 (Toll-free: 855-223-3144) — we're here to help.

Case 1:26-cv-00515    Document 1-5    Filed 06/03/26    Page 4 of 4