# Exhibit G

For Registration
Fredrick Smith
Register of Deeds
Mecklenburg County, NC
Electronically Recorded
2025 Oct 07 01:28 PM        RE Excise Tax: $ 0.00
Book: 3161        Page: 28  - 28      Fee: $ 0.00
Instrument Number:      2025102518

*Fredrick Smith*

Document was prepared by / Return to:
First American Title Insurance Company
1795 International Way, Idaho Falls, ID 83402
Ref No.: NC366392



## CERTIFICATE OF SATISFACTION

WHEREAS the indebtedness secured by the Deed of Trust described below has been fully paid and satisfied, Hometap HEI Fund IV SPV II, LLC, a Delaware limited liability company, the current Beneficiary of that certain Deed of Trust described below, its successors and assigns, hereby declares that the lien of said Deed of Trust is forever discharged and satisfied.

Said Deed of Trust dated 5/28/2024 executed by Bryan L Bott , Trustor to Hometap HEI Fund IV SPV II, LLC, a Delaware limited liability company, Original Beneficiary, and recorded on 6/3/2024 in Book 38855 at Page 825 as Document No 2024050609, in the Office of the Recorder for Mecklenburg County, State of North Carolina.

IN WITNESS WHEREOF, the Undersigned has caused this Instrument to be executed on 10/7/2025.

Hometap HEI Fund IV SPV II, LLC, a Delaware limited liability company

By *Tiphany Jo Williams*

Tiphany Jo Williams
Vice President of First American Title Insurance Company as
Attorney in Fact
by Power of Attorney dated 1/26/2024

State of Idaho                            )
County of Bonneville                      )

On 10/7/2025, before me, Tawnya Rainey, personally appeared Tiphany Jo Williams, personally known to me and who acknowledged to be the Vice President of First American Title Insurance Company as Attorney in Fact for Hometap HEI Fund IV SPV II, LLC, a Delaware limited liability company and that as such officer, being authorized so to do, signed in behalf of the corporation and acknowledged that the corporation executed the same.

*Tawnya Rainey*

Tawnya Rainey
Notary Public
Comm. Expires: 5/5/2026

TAWNYA RAINEY
Notary Public - State of Idaho
Commission Number 20201703
My Commission Expires May 5, 2026

Submitted electronically by "First American Title"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Mecklenburg County Register of Deeds.