# Exhibit

# H



# Hometap Owner Repurchase
## Settlement Statement

November 10, 2023
Robert Batchelor
2727 Rosser Road
Bear Creek, NC 27207

Re: Hometap Investment NC251339

Dear Robert Batchelor,

Thank you for your request to settle your Hometap Investment through an Owner Repurchase of the Option (or, as we call it, a settlement). Here are the specifics:

**Settlement Date: 12/9/2023**

**Settlement Amount: $27,825.29**

**If we receive funds after the Settlement Date above, an additional payment will be due. To determine the correct amount, you can refer to the Settlement Amount Table on page two.**

To make your payment, please use a wire transfer — you can find all of the instructions on how to do this in the second attachment to this email. Once we receive your full payment and receipt of funds, we'll be able to release our lien on your property. In the event a settlement check is used, please understand this may cause delays in processing times.

You're welcome to use a title or escrow service for this settlement, but if you do, it's important to note that you'll be responsible for arranging it.

We're so grateful we had the opportunity to work with you, and hope your Investment was able to help you achieve your financial goals. Thank you for choosing to work with us!

Best,

Your Hometap Investment Support Team


**Please feel free to contact us at [homeowners@hometap.com](mailto:homeowners@hometap.com) with any questions or concerns.**

**Home Office: 1-617-399-0624**

**Post-Close Direct Line: 1-617-604-6985**



**Owner Repurchase
Settlement Amount**

| Date | Amount |
|---|---|
| 11/10/2023 | $27,425.13 |
| 11/11/2023 | $27,438.83 |
| 11/12/2023 | $27,452.54 |
| 11/13/2023 | $27,466.26 |
| 11/14/2023 | $27,479.98 |
| 11/15/2023 | $27,493.71 |
| 11/16/2023 | $27,507.44 |
| 11/17/2023 | $27,521.19 |
| 11/18/2023 | $27,534.94 |
| 11/19/2023 | $27,548.70 |
| 11/20/2023 | $27,562.46 |
| 11/21/2023 | $27,576.23 |
| 11/22/2023 | $27,590.01 |
| 11/23/2023 | $27,603.80 |
| 11/24/2023 | $27,617.59 |
| 11/25/2023 | $27,631.39 |
| 11/26/2023 | $27,645.19 |
| 11/27/2023 | $27,659.00 |
| 11/28/2023 | $27,672.82 |
| 11/29/2023 | $27,686.65 |
| 11/30/2023 | $27,700.48 |
| 12/1/2023 | $27,714.32 |
| 12/2/2023 | $27,728.17 |
| 12/3/2023 | $27,742.02 |
| 12/4/2023 | $27,755.89 |
| 12/5/2023 | $27,769.75 |
| 12/6/2023 | $27,783.63 |
| 12/7/2023 | $27,797.51 |
| 12/8/2023 | $27,811.40 |
| 12/9/2023 | $27,825.29 |

**For amounts due after dates included on this table, please contact
homeowners@hometap.com for an updated statement.**



**ADDITIONAL INFORMATION**

- The terms of your Hometap Option Purchase Agreement, including all representations and warranties, remain in full force and effect until Hometap has received the required Owner Repurchase settlement amount.

- The settlement amount is only valid for a home value of $250,000.

- Note: You've elected to repurchase the Option from Hometap. Hometap will have no right to exercise its Option and purchase an ownership interest in the property while a sale of the property is pending, so long as you comply with the terms of the Option Purchase Agreement.

- When we receive the funds, Hometap will release all liens associated with the Hometap Investment, including:

    1. The Mortgage and Security Agreement or Deed of Trust will be satisfied.
    2. The Memorandum of Option Purchase Agreement will be terminated.
    3. The UCC Financing Statement will be terminated.

- Any delay in receiving the settlement funds may cause a delay in releasing the liens associated with the Hometap Investment.

- If another party needs copies of the releases, such as a bank or lender, we ask that you provide us with notice of at least five business days in order to gather the documentation necessary to settle the Investment, including Termination of Option, Satisfaction of Mortgage, and Termination of UCC.

- Please send your request and any questions to [homeowners@hometap.com](mailto:homeowners@hometap.com). As a reminder, Hometap's business hours are Monday through Friday, 9am – 5pm EST.



## Wire Instructions

### PLEASE NOTE: FUNDS MUST BE SENT BY WIRE

Funds may be wired to:

Manufacturers & Traders Trust Co/Wilmington Trust
1100 North Market Street
Wilmington, DE 19890
ABA# 031100092
Account Name: Hometap Investment Partners II LP - Collection Account
Account Number: 145151-000

### Check Instructions

### PLEASE NOTE: PAYMENTS RECEIVED BY WIRE WILL BE PROCESSED MORE TIMELY THAN CHECK PAYMENTS.

Please send payment to the following address:

Hometap Equity Partners
75 Arlington St, Ste 500,
Boston MA 02116