# Exhibit
# I

# BK 2397 PG 1026

FILED
CHATHAM COUNTY NC
LUNDAY A. RIGGSBEE
REGISTER OF DEEDS

| | |
|---|---|
| FILED | Jan 23, 2024 |
| AT | 10:49:25 am |
| BOOK | 02397 |
| START PAGE | 1026 |
| END PAGE | 1026 |
| INSTRUMENT # | 00552 |
| EXCISE TAX | (None) |

Document was prepared by / Return to:
First American Title Insurance Company
4795 Regent Blvd Mail Stop 1021-N, Irving, TX 75063
Ref No.: NC251339



## CERTIFICATE OF SATISFACTION

WHEREAS the indebtedness secured by the Deed of Trust described below has been fully paid and satisfied, Hometap Investment Partners II, L.P., the current Beneficiary of that certain Deed of Trust described below, its successors and assigns, hereby declares that the lien of said Deed of Trust is forever discharged and satisfied.

Said Deed of Trust dated 7/15/2021 executed by Robert C Batchelor a single man, Trustor to Hometap Investment Partners II, L.P., Original Beneficiary, and recorded on 7/20/2021 in Book 02231 at Page 0991 as Document No 11284, in the Office of the Recorder for Chatham County, State of North Carolina.

IN WITNESS WHEREOF, the Undersigned has caused this Instrument to be executed on 12/7/2023.
Hometap Investment Partners II, L.P.

By _____
Melissa A Taylor
Vice President of First American Title Insurance Company as
Attorney in Fact
by Power of Attorney dated 10/20/2023

State of Texas )
County of Dallas )

On 12/7/2023, before me, Virginia Jackson, personally appeared Melissa A Taylor, personally known to me and who acknowledged to be the Vice President of First American Title Insurance Company as Attorney in Fact for Hometap Investment Partners II, L.P. and that as such officer, being authorized so to do, signed in behalf of the corporation and acknowledged that the corporation executed the same.

Virginia Jackson
Notary Public
Comm. Expires: 7/12/2026

VIRGINIA JACKSON
Notary Public, State of Texas
Comm. Expires 07-12-2026
Notary ID 131049444

Case 1:26-cv-00515     Document 1-9     Filed 06/03/26     Page 2 of 2