# Exhibit J


**ClearEdge** Title

# ClearEdge Title, Inc.

2605 Enterprise Road E
Suite 270
Clearwater, FL 33759
(877) 536-3390

| File Number: | **C-NC887617** |
|---|---|
| Loan Amount: | **$34,000.00** |
| Close Date: | **5/28/2024** |
| Disbursement Date: | **6/3/2024** |

## BORROWER(S) CLOSING STATEMENT

Type: **Property Report**
Property: **9316 AINSLIE DOWNS STREET**
**CHARLOTTE, NC 28273 (MECKLENBURG)**
**(20516847)**

Borrower(s): **BRYAN L. BOTT**
**9316 Ainslie Downs St**
**Charlotte, NC 28273**

| Description | P.O.C. | Debit | Credit |
|---|---|---|---|
| **New Loans** | | | |
| Loan Amount | | | $34,000.00 |
| Appraisal Fee to Hometap Equity Partners, LLC | | $299.00 | |
| to Hometap Equity Partners, LLC | | $1,020.00 | |
| **Title Charges** | | | |
| Title - Lender's Title Insurance to ClearEdge Title, Inc. $34,000.00 | | | |
| Title - Attorney's fees to Holler Law Firm, LLC - CET | | $175.00 | |
| Title - Settlement or closing fee to ClearEdge Title, Inc. | | $720.00 | |
| **Government Recording and Transfer Charges** | | | |
| Recording Fees: Mortgage $64.00 | | $64.00 | |
| Assignment Fee to ClearEdge Title - Filing Fee    $26.00 | | $26.00 | |
| **Totals** | | $2,304.00 | $34,000.00 |

**Balance Due TO Borrower:**    $31,696.00

## APPROVED AND ACCEPTED

**BORROWER(S)**

_____
BRYAN L. BOTT

Case 1:26-cv-00515     Document 1-10     Filed 06/03/26     Page 2 of 2