# Exhibit K

**Limited Power of Attorney**

File No: C-NC887617

Date: May 28, 2024

On this date, the undersigned borrower(s) for and in consideration of the approval, closing and funding of their above referenced mortgage loan, hereby grant **ClearEdge Title, Inc** as settlement agent, Limited Power of Attorney to correct and/or execute, date or initial all typographical or clerical errors discovered in any or all of the closing documentation required to be executed by the undersigned at settlement. In the event this Limited Power of Attorney is exercised, the undersigned will be notified and receive a copy of the document executed or initialed on their behalf.

THIS LIMITED POWER OF ATTORNEY MAY NOT BE USED TO INCREASE THE INTEREST RATE THE UNDERSIGNED IS PAYING, INCREASE THE TERM OF THE UNDERSIGNED'S LOAN, INCREASE THE UNDERSIGNED'S OUTSTANDING PRINCIPAL BALANCE, OR INCREASE THE UNDERSIGNED'S MONTHLY PRINCIPAL AND INTEREST PAYMENTS. Any of these specified changes must be executed directly by the undersigned.

This Limited Power of Attorney shall automatically terminate 120 days from the closing date of the undersigned's mortgage loan. IN WITNESS WHEREOF, the undersigned have executed this Limited Power of Attorney as of the date and year first above referenced

_____

Bryan L. Bott

STATE OF NC

COUNTY OF Mecklenburg

The foregoing instrument was acknowledged before me 28th day of May, 2024 by:

Bryan L. Bott

who is/are personally known to me or who has/have produced a drivers license(s) as identification and who did not take an oath.

_____          (SEAL)

(Notary Signature)

BEVERLY D NEWMAN
Notary Public - North Carolina
Mecklenburg County
My Commission Expires Aug 9, 2024