# EXHIBIT E

For Registration
Fredrick Smith
Register of Deeds
Mecklenburg County, NC
Electronically Recorded
2024 Jun 03 04:06 PM RE Excise Tax: $ 0.00
Book: 38858 Page: 23 - 26 Fee: $ 26.00
Instrument Number: 2024050970

Fredrick Smith

***After Recording Return To,***
***Recording Requested and Prepared By:***
Daniel Amato
Hometap Equity Partners, LLC
75 Arlington Street
Suite 500
Boston, MA 02116

Investment No.: NC366392

Parcel ID: 20516847

C-NC887617

[Space Above This Line For Recording Data]

**Investment Amount: $34,000.00**

## ASSIGNMENT OF DEED OF TRUST

In consideration of good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Hometap Equity Partners, LLC, a Delaware limited liability company, with its principal offices at 75 Arlington Street, Suite 500, Boston, MA 02116, as secured party ("Assignor"), does hereby grant, assign, and transfer, without recourse, unto Hometap HEI Fund IV SPV II, LLC, a Delaware limited liability company, having an address of 75 Arlington Street, Suite 500, Boston, MA 02116 ("Assignee"), all of the right, title and beneficial interest of Assignor in and to:

1. Deed of Trust and Security Agreement, dated 05/28/2024, made by Bryan L. Bott, to ClearEdge Title, as Trustee, for the benefit of Assignor, securing an Option Purchase Agreement with an Investment Amount of $34,000.00 and recorded * ~~concurrently with this document~~ in the Office of the Register of Deeds of Mecklenburg County, North Carolina
*= 6/3/2024 BK 38855 Pg 825 Inst# 2024050609
Which has not been assigned prior hereto.

The Deed of Trust and Security Agreement covers the premises located at 9316 Ainslie Downs Street, Charlotte, NC 28273 and described in Exhibit A attached hereto and made a part hereof.

TOGETHER with the obligations described in the Deed of Trust and Security Agreement and the monies due and to become due thereon;



Submitted electronically by "ClearEdge Title, Inc."
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Mecklenburg County Register of Deeds.

TO HAVE AND TO HOLD the same unto the Assignee and to the successors and assigns of the Assignee forever.

**IN WITNESS WHEREOF**, intending to be legally bound, the Assignor has executed this Assignment of Deed of Trust as of the date below.

*[Signature Page Follows]*

**HOMETAP EQUITY PARTNERS, LLC**
By ClearEdge Title, Inc., as attorney in fact

By: ______________________

Name: Michael DeFrancesco

Title: Authorized signatory, ClearEdge Title, Inc.

Date: 05/28/2024

Acknowledgment Certificate

State of Florida

County of Pinellas

The foregoing instrument was acknowledged before me this 28 day of May, 2024,

by Michael DeFrancesco, who is personally known to me or produced identification.

KAMERON T FAULKNER
Notary Public - State of Florida
Commission # HH 219009
My Comm. Expires Jan 23, 2026
Bonded through National Notary Assn.

Notary Public Signature

______________________
Printed or Stamped Name
Notary Public
State of Florida

**Exhibit A**

Property Description

All that certain lot, parcel of land situated in the City of Charlotte, Mecklenburg County, North Carolina and more particularly described as follows:

BEING all of Lot 49 in HADLEY PART AT ARROWOOD STATION as same is shown on a map thereof recorded in Map Book 62, page 269 in the Mecklenburg Public Registry.

Parcel ID / APN: 20516847