**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CASE NO.: 1:26-cv-00515-UA-JEP**

| | |
|---|---|
| BRYAN L. BOTT, ROBERT C. BATCHELOR, EDWARD ARNOLD, and JESSICA ARNOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC,; HOMETAP HEI FUND IV SPV II, LLC,; and HOMETAP INVESTMENT PARTNERS II, L.P.,<br><br>Defendants. | **JOINT STIPULATION ON WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION <u>WITHOUT PREJUDICE</u>** |

Defendant Hometap Equity Partners, LLC, Hometap HEI Fund IV SPV II, LLC, and Hometap Investment Partners II, L.P. (collectively, "Defendants" or "Hometap"), and Plaintiffs Bryan L. Bott, Robert C. Batchelor, Edward Arnold, and Jessica Arnold (collectively, Plaintiffs), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On June 3, 2026, Plaintiffs Robert C. Batchelor and Bryan L. Bott filed their initial Complaint. ECF No. 1.

2. On August 11, 2026, Hometap filed a Motion to Compel Arbitration and Stay Action under the Federal Arbitration Act, 9 U.S.C. §§ 1-4. ECF No. 12.

3. On August 21, 2026, Plaintiffs filed an Amended Complaint, adding Edward Arnold and Jessica Arnold as additional named Plaintiffs and expanding the scope of the claims and relief sought. ECF No. 15.

4. On August 26, 2026, the parties filed a Consent Motion for Entry of Briefing Schedule on Defendants' Motion to Compel Arbitration and Stay Action in light of Plaintiffs' Amended Complaint. ECF No. 17.

5. The parties' Consent Motion for Entry of Briefing Schedule on Defendants' Motion to Compel Arbitration and Stay Action reflects Hometap's intention to file another motion to compel arbitration and stay action in response to Plaintiff's Amended Complaint on or before September 20, 2026.

6. Hometap's Motion to Compel Arbitration and Stay Action (ECF No. 12) has since been referred to the Honorable Joi Elizabeth Peake, United States Magistrate Judge.

7. The parties have conferred and jointly agree that Hometap will withdraw its pending Motion to Compel Arbitration and Stay Action (ECF No. 12) without prejudice.

8. The withdrawal of Hometap's Motion to Compel Arbitration and Stay Action is expressly without prejudice to Hometap's right to refile a motion to compel arbitration and stay action, pursuant to the parties' Consent Briefing Schedule, on or before September 20, 2026, in response to the Amended Complaint. Nothing in this stipulation shall be construed as a waiver, relinquishment, or abandonment of any argument, right, or defense available to Hometap.

9. This withdrawal is not sought for delay and will not prejudice any party.

Dated: September 14, 2026

MCGUIREWOODS LLP

*_/s/ Armina A. Manning_*
Armina A. Manning
N.C. Bar No. 60436
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Tel: 919-755-6668
aamanning@mcguirewoods.com

*Counsel for Hometap Equity Partners, LLC, Hometap HEI Fund IV SPV II, LLC, and Hometap Investment Partners II, L.P.*

Dated: September 14, 2026

BRYSON HARRIS SUCIU & DEMAY, PLLC

*/s/ Scott C. Harris*

Scott C. Harris
N.C. Bar No. 35328
Lynn M. Johnson
N.C. Bar No. 62465
900 W. Morgan Street
Raleigh, NC 27603
Tel: 919-600-5003
sharris@brysonpllc.com
ljohnson@brysonpllc.com

Anne T. Regan *(to be admitted pro hac vice)*
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina, MN 55439
Tel: 952-941-4005
aregan@hjlawfirm.com

*Attorneys for Plaintiffs and Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

Dated: September 14, 2026

BRYSON HARRIS SUCIU DEMAY, PLLC

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No. 35328
900 W. Morgan Street
Raleigh, NC 27603
Tel: 919-600-5003
sharris@brysonpllc.com

*Attorney for Plaintiffs and Putative Class*