**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| BRYAN L. BOTT, ROBERT C. BATCHELOR, EDWARD ARNOLD, and JESSICA ARNOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC; HOMETAP HEI FUND IV SPV II, LLC; and HOMETAP INVESTMENT PARTNERS II, L.P.,<br><br>Defendants. | Case No.: 1:26-cv-00515-UA-JEP |

**DEFENDANT HOMETAP EQUITY PARTNERS, LLC'S NOTICE OF FILING UPDATED CORPORATE DISCLOSURE STATEMENT**

Defendant Hometap Equity Partners, LLC ("Hometap") respectfully submits this Notice of Filing Updated Corporate Disclosure Statement pursuant to the Court's September 15, 2026 Order [Doc. #19]. Hometap's Updated Corporate Disclosure Statement is attached as Exhibit A.

Hometap's ownership structure is complex, comprised of hundreds of individual members along with institutional investors and entity members holding interests through multiple ownership layers. Despite diligent and good-faith efforts, Hometap has been unable to determine complete member and citizenship information for approximately ten downstream entities within its ownership structure.

Hometap respectfully submits that Plaintiffs have invoked subject matter jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d). *See* Am. Compl. ¶ 10. Under CAFA, an "unincorporated association"—including a limited liability company and a limited partnership—"shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized." 28 U.S.C. § 1332(d)(10); *see also Ferrell v. Express Check Advance of SC LLC*, 591 F.3d 698, 704 (4th Cir. 2010) (holding LLC defendant's "citizenship for purposes of CAFA is that of the State under whose laws it is organized and the State where it has its principal place of business."); *Skyline Tower Painting, Inc. v. Goldberg*, 148 F.4th 209, 224 (4th Cir. 2025).

Hometap is a limited liability company organized under the laws of Delaware with its principal place of business in Boston, Massachusetts. Co-defendant Hometap HEI Fund IV SPV II, LLC is also a Delaware limited liability company with its principal place of business in Boston. Co-defendant Hometap Investment Partners II, L.P. is a Delaware limited partnership with its principal place of business in Boston as well.

Dated: September 22, 2026

Respectfully submitted,

MCGUIREWOODS LLP

*/s/ Armina A. Manning*
Armina A. Manning (NC Bar No. 60436)
Jonathan Y. Ellis (NC Bar No. 41220)
MCGUIREWOODS LLP

501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Phone: (919) 755-6688
Email: aamanning@mcguirewoods.com
Email: jellis@mcguirewoods.com

*Counsel for Hometap Equity Partners, LLC, Hometap HEI Fund IV SPV II, LLC, and Hometap Investment Partners II, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

Dated: September 22, 2026

*/s/ Armina A. Manning*
Armina A. Manning (NC Bar No. 60436)

*Counsel for Hometap Equity Partners, LLC, Hometap HEI Fund IV SPV II, LLC, and Hometap Investment Partners II, L.P.*