# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| BRYAN L. BOTT, ROBERT C. BATCHELOR, EDWARD ARNOLD, and JESSICA ARNOLD, individually and on behalf of all others similarly situated, | |
| *Plaintiff(s),* | Case No. 1:26-cv-00515-UA-JEP |
| v. | Basis for subject matter jurisdiction: Diversity of Citizenship |
| HOMETAP EQUITY PARTNERS, LLC; HOMETAP HEI FUND IV SPV II, LLC; and HOMETAP INVESTMENT PARTNERS II, L.P., | |
| *Defendant(s).* | |

**<u>DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION</u>**

INSTRUCTIONS:

1. Complete a separate form for each non-governmental corporation, partnership, trust, limited liability company, or other similar entity that is a party to, or that appears in, an action or proceeding in this Court.
2. This form is necessary to assist the Court with screening for subject matter jurisdiction and conflicts of interest in judge assignment.
3. File on the docket under the "Corporate Disclosure Statement" event.
4. A party has a continuing duty to update this information.
5. Plaintiff or moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

This form is completed by: Hometap Equity Partners, LLC, which is
(Name of party)
Defendant, and is a (check one):
(Plaintiff, Defendant, Movant, etc.)

○ Corporation, trust, or other similar entity. (Complete Parts A and C only.)

● Limited liability company, partnership, or other similar entity. (Complete Parts B and C only.)

## PART A. CORPORATIONS, TRUSTS, OR OTHER SIMILAR ENTITIES

LLCs, partnerships, limited partnerships, and similar entities should complete Part B instead.

1. Is the party a publicly held corporation or other publicly held entity?

☐ Yes ☐ No

2. Does the party have any parent entities?

☐ Yes ☐ No

If yes, identify all parent entities including grandparent, great-grandparent, etc.:

______________________________________________________

3. Does a publicly held corporation or other publicly held entity (a) own 10% or more of stock in the party or (b) have an interest that could be substantially affected by the litigation?

☐ Yes ☐ No

If yes, identify all such entities:

______________________________________________________

4. Are any of the parent entities (named in question 2) or stock owners or entities (named in question 3) a limited liability company (LLC), partnership, or limited partnership (LP)?

☐ Yes ☐ No

If yes, for the purpose of conflict checking, attach a separate sheet that lists the members or partners of the entity, traced back to corporations or individuals. States of citizenship are not required.

**Skip Part B. Continue to Part C.**

## PART B. LIMITED LIABILITY COMPANIES (LLCS), PARTNERSHIPS, LIMITED PARTNERSHIPS (LPS), AND SIMILAR ENTITIES

All other entities (corporations, trusts, etc.) should complete Part A instead.

1. In all cases, pursuant to Fed. R. Civ. P. 7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of the party and, in diversity cases, their states of citizenship. If subject matter jurisdiction is premised on a basis other than diversity, the state of citizenship may be omitted. However, the names of the members or partners must still be disclosed so that the Court can screen for conflicts.

| (name of member or partner) | (state[s] of citizenship) |
|---|---|
| HomeTap Management Holdings LLC | See page 4 |
| GC/SF Blocker, Inc. | DE (incorporation) & MA |
| Kaiser Permanente Group Trust | CA |
| Kaiser Foundation Hospitals | CA |

Continue on a separate page if necessary.

2. Are any of the entities named in response to question 1 themselves limited liability companies, partnerships, or limited partnerships?

☑ Yes ☐ No

If yes, provide the names—and in diversity cases, states of citizenship—of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.

**SPECIAL NOTE FOR DIVERSITY OF CITIZENSHIP CASES**

**For diversity purposes, a partnership, LLC, or LP is a citizen of the states of its partners or members, not the state in which the entity is organized or registered. *See Capps v. Newmark S. Region*, LLC, 53 F.4th 299 (4th Cir. 2022); *Cent. W. Va. Energy Co., Inc. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011); *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 121 (4th Cir. 2004); *Chalpin Realty SC LLC v. Jersam Realty Inc.,* No. 24-1971, 2025 WL 3654605 (4th Cir. Dec. 17, 2025).**

| Name | State(s) of Citizenship |
|---|---|
| HomeTap Management Holdings LLC | |
| The Glass Family Irrevocable Trust of 2015 | MA |
| The Jeffrey R. Glass Family Trust of 1999 | MA |
| Andrew Miller | CA |
| Jeffrey Glass | FL |
| Max Campion | MA |
| Andrew Vassallo | MA |
| Sarah Dekin | MA |
| Charlie Vrettos | MA |
| Mohiuddin Khan | MA |
| Joshua Gaffney | PA |
| Noah Spaulding | MA |
| Cara Newman | IL |
| Thomas Egan | CA |
| Tom Corra | MA |
| Eugene Wong | MA |
| Andrea Garvey | MA |
| Adam Jaskievic | MA |
| Dunyelle Rosen | CA |

| **Name** | **State(s) of Citizenship** |
| --- | --- |
| Eric Chacon | NY |
| Daniel Burnett | MA |
| Jonathan MacKinnon | MA |
| Daniel Amato | MA |
| Martha Carl | MA |
| Rachel Keohan | MA |
| Adam Sigel | MA |
| Adrian Herr | MA |
| Brendan Crowe | MA |
| Julianne Ilstrup | MN |
| Bryan Lantz | MA |
| Stephanie Skaggs | TX |
| Renee Lawlor | MA |
| Bryan Holt | TX |
| John Anderson | NY |
| Anaxet Jones | TN |
| Glen Daniels | MA |
| Lehann Walker | CT |
| Shawn Blyth | OR |
| Steve Ferro | WA |

| Name | State(s) of Citizenship |
|---|---|
| Julio Carrera | MA |
| Tom Kazakov | MA |
| Tiffani Kartalian-Milne | CA |
| Chad Gallemore | FL |
| Diane Wold | MN |
| Connor Daly | MA |
| Whitney Trook | MA |
| Kasey Looney Silva | MA |
| Loraine Hillyer | MA |
| Olin Nelson | MA |
| Ashley Kesten | VT |
| Alexey Shtafinskiy | NH |
| Nishanth Manjunatha | NJ |
| Kimberly Windyka | MA |
| Andrew Krupansky | CT |
| Evan Guirino | MA |
| Stuart Jehn | MA |
| Benjamin Dauer | MA |
| Benjamin Wu | MA |
| Miro Georgiev | NY |

| **Name** | **State(s) of Citizenship** |
|---|---|
| Brian Gobell | MA |
| Jeffrey Horne | MA |
| Kelsey Hersh | MA |
| Tom Griffiths | VA |
| Jordan Doucette | MA |
| Owen Myers | MA |
| Patricia DeChristopher | MA |
| Lindsay Meyer | CT |
| Michael O'Hara | NC |
| Julie Menzin | FL |
| Pat Butkiewicz | NY |
| Jennie Goldenberg | MA |
| Patrick Allen | MA |
| George Marangoly Jr. | MA |
| Matthew Rosenberg | MA |
| Krista Anderson | MA |
| Aaron Vienneau | MA |
| Adonica Camp | MA |
| Jonathan Friedman | FL |
| Camille Ali | NY |

| **Name** | **State(s) of Citizenship** |
|---|---|
| Lisa Tessitore/Lickwola | CT |
| Amy Lin | NY |
| Josephine Cardenia | NJ |
| Elizabeth Deal | NC |
| Edwin Cowart | MA |
| Krista Flaherty | NC |
| Brandon Goding | ME |
| Jessica Roberts | MA |
| Conor Kenrick | MA |
| John Costello | MA |
| Kaitlyn Kirchhausen | MO |
| Spencer Herman | IN |
| Jacqueline Gallagher | MA |
| Gregory Mundy | WV |
| Elizabeth Aylmer | MA |
| Krystal Orr | SC |
| Mike Perrigo | MA |
| José Rivera | FL |
| Brynne Sorrentino | CT |
| Joy Shears | TX |

| **Name** | **State(s) of Citizenship** |
|---|---|
| Cole Prato | CT |
| Abhinaya Nakka | MA |
| Ashley Wagner | FL |
| Jessica Palma | IN |
| Greg Schultz | MA |
| RaeAnn Cobble | TX |
| Jeffrey Smith | MI |
| Matthew Campo | MA |
| Peter Capodilupo | CT |
| Robert Johnson | MA |
| Joseph Chen | MA |
| Chris Lewis | MA |
| Jason Giroux | RI |
| Miles Black | MA |
| Chris Watts | ME |
| Luke Stumpos | MI |
| Timothy Andrews | NH |
| Meghan Croasdale | MA |
| Robert Kelsey | MA |
| Steven Roesler | MA |

| Name | State(s) of Citizenship |
|---|---|
| Kristen Manning | ME |
| Isiah Benjamin | MA |
| Matt Cutler | MA |
| Mary Dawson | CA |
| Samantha Sandler | NY |
| Audrey McNay | TX |
| Charles Dennison | MA |
| Jennifer Houtti | WA |
| Sean Moran | MA |
| Kylee Galer | MA |
| John Selig | MA |
| Jessica Warnement | GA |
| Jillian Cahill | MA |
| George Matelich | ME |
| Emil Dharia | NY |
| Kristina Martins | NJ |
| Richard Michael O'Keeffe III | MA |
| Michael Karolow | MA |
| Catherine Kondziolka | NY |
| Mitch Maffeo | MA |

| Name | State(s) of Citizenship |
|---|---|
| Kevin Afable | MA |
| Michael Mead | MN |
| Nicole Traversa | CA |
| Sue Ann Yong | NY |
| Andrew Circle | NY |
| Maxine Rock | MA |
| Rebecca Beamon | MA |
| Colton Williams | NY |
| Nicholas Johnson | MA |
| Briana Hargrave | MA |
| Jennifer Desillier-Fleming | CT |
| Bryant Finney | MA |
| Michelle Burke | MA |
| Edbert Wang | MA |
| Seyedala Seif | MA |
| Levi Dorr | OR |
| Colin Andree | AZ |
| Kyle Butler | NH |
| Colin Connors | NC |
| Ashley Leung | PA |

| **Name** | **State(s) of Citizenship** |
|---|---|
| Roberto Espinoza | CA |
| Bradley Gregory | MA |
| Garima Giri | MA |
| Zach Mason | MA |
| Osarose Isibor | CA |
| Emily Peckham | MA |
| Jazzmen Smith | IL |
| Gregg Damiano | MA |
| Abigail Miller | MA |
| Elyssa Adams | MA |
| Kyle Rosenstein | NJ |
| Ava Connolly | TX |
| Brian Stacey | MA |
| Frank Chou | NJ |
| Dakota Jacobson | TX |
| Tyler Donnelly | NH |
| Jonathan Langlois | MA |
| Robert Mendenhall | SC |
| Sara Potgieter | MA |
| Lindsey Connors | MA |

| Name | State(s) of Citizenship |
|---|---|
| Zachary Hayes | NH |
| Justin Cascione | MA |
| Dashaun Burns | MA |
| Anthony Rimac | CA |
| Ethan Caldwell | MA |
| Sahib Grewal | CA |
| Elizabeth Magill | MA |
| Christina Arteaga | NV |
| Dammy Odubiyi | NC |
| Danielle McCoy | OR |
| Victoria Bergevine | CT |
| Kristen Sorohan | NC |
| Anne Wieland | WA |
| Marcus Medley | MA |
| Cathy Peake | SC |
| Savannah Day | LA |
| Jonathan Vasquez | FL |
| Amanda Katwan | VA |
| Jesse Pena | MO |
| John Devlin Keogh Jr. | MA |

| **Name** | **State(s) of Citizenship** |
|---|---|
| Brinda Modi | MA |
| Ching Hei Chan | NY |
| Molly Smith | MA |
| Andrew Blom | ME |
| Charles Lickwola | CT |
| Erin Loftis | MD |
| Kaleigh McMahon | MA |
| Anika Bieg | MA |
| William Lazzaro | MA |
| Breanna Suttles | CA |
| Alissa Garcia | NJ |
| Victoria Weaver | CO |
| Amanda Clair | MA |
| Jordan Cummings | SC |
| Lauren Barber | FL |
| Khav Lay | MA |
| Abigail Jackson | OH |
| Jada Leslie | MI |
| Jailene Pagan | VA |
| Alana Woods | MA |

| Name | State(s) of Citizenship |
|---|---|
| Janae Register | MI |
| Shannon Doyle | MI |
| Christopher Peterson | MA |
| Kerry Conaty | OH |
| Eric Heinrich | MA |
| Martin Kowalczyk | IL |
| Catherine Higgins | MA |
| Lisa Owens | SC |
| Eric Kessler | VA |
| Siara Clemente | PA |
| Patricia Jarrett | OR |
| Alexandra Briarton | TX |
| Melissa Johnson | MO |
| Ashley Dovsek | NC |
| Jake Oros | NC |
| Maggie Grober | NH |
| Dereck Ferrari | SC |
| Madyson Herren | OH |
| Jennifer Pulgarin | NC |
| Starr Cobb | NC |

| Name | State(s) of Citizenship |
|---|---|
| Katie Dickinson | OK |
| Keith Lindsey | MD |
| Marcus Richer | MA |
| Eric Villalobos | NY |
| Zachary Smith | MS |
| Rachelle Lucas | SC |
| Edmund Beckwith | NY |
| Ryan Millikin | OH |
| Melissa Saucier | MI |
| Nicole Garber | MN |
| Harrison Stone | MA |
| Christopher Lucci | PA |
| Matthew Williams | AZ |
| Sisi Liu | WA |
| Danielle Dinzole | GA |
| Samantha Kocsis | CT |
| Jazmyn Maxwell | CT |
| Kalene Doherty | NH |
| Sydney Cobb | NC |
| Bill Battaglia | VA |

| **Name** | **State(s) of Citizenship** |
| --- | --- |
| Cody Carrel | OH |
| Eugene Kopman | CA |
| Nick Striano | OH |
| Suraiya Ali | MA |
| Danielle Slay | OH |
| Brooke Mullins | NC |
| Steven Ginsburg | MA |
| Grant Phillips | NC |
| Greg Eddy | OH |
| Makala Breaux | TX |
| Matt Kobel | MA |
| Zach Hansen | UT |
| Rachel Cholewinski | MA |
| Rebecca Groenow | TX |
| Ryan Chunias | MA |
| Cara Canupp | NC |
| Ericka Harry | MD |
| Jae Reilly | MA |
| JoVonne Brown-Gauthreaux | AZ |
| Mark Crocker | TX |

| Name | State(s) of Citizenship |
|---|---|
| Mike Gradias | CA |
| Tony Marcucilli | FL |
| Shanequa Drew | TX |
| Edward Brown | FL |
| Ellen Pham | FL |
| Jordan Weatherly | GA |
| Mark Hall | TX |
| Nicholas Tran | MN |
| Tara Bozard | NC |
| Zack Boudreau | MA |
| Samantha Quint | MA |
| Kathryn Turi | MA |
| Kristina Wilson | FL |
| My Linh Phan | NC |
| Courtney O'Dell | TX |
| Jason Pemstein | TX |
| Madison Amy | MI |
| Sara Crooks | CA |
| Victor Nunez | NY |
| Jack Baker | MA |

| **Name** | **State(s) of Citizenship** |
|---|---|
| Mike Montenegro | ME |
| Jasmine Vardiman | TX |
| Jon Ebert | MA |
| Brett Hinckley | MA |
| Janieva Mallory | MA |
| Jason Whye | MA |
| Lesley Davis | MA |
| Jeremy Reznich | CA |
| David Glovinsky | VA |
| Robert Shamblin | VA |
| Shanell Peterson | TX |
| Latosha Bolt | SC |
| Nana Appaw | MA |
| Milly DeLaCruz | FL |
| Tameka Funchess-Ateba | FL |
| Thomas Bannister | MA |
| Samuel Lorenzo | MA |
| Daniel Wilson | MA |
| Megan Bond | TN |
| Jeremy Crispino | CT |

| **Name** | **State(s) of Citizenship** |
|---|---|
| Dakota Temple | MI |
| Brittani Smith | MS |
| Dan Brault | MA |
| Eben Kinsella | MA |
| Ian Gray | NV |
| Zoe Buonincontri | NY |
| Colin O'Brien | CT |
| John Winthrop | MA |
| Olivia Perkins | DE |
| Alex Mitropoulos-Rundus | MI |
| Jotham Hoffmann | FL |
| Jennifer Gross | MS |
| Julie Ha | CA |
| Kait Spurrier | MD |
| Nicholas Murphy | NV |
| Nicolas Rajtman | FL |
| Pollianna Hsu | CA |
| Sarah Anderson | NC |
| Seth Walker | CO |
| Haley Makstaller | OH |

| Name | State(s) of Citizenship |
|---|---|
| James Hudson | MO |
| Alix Sechrest | NC |
| Heather Adkins | LA |
| Stella Henderson | CA |
| Bryan Barry | MA |
| Emily Haight | CT |
| Jawad Samradli | NY |
| Mark Martinez | CA |
| Joshua Poirier | MA |
| Christopher Day | FL |
| Haley Musser | OH |
| Amanda Nunez | TX |
| Annabella Galdamez | CA |
| Kak Lam Kwong | NV |
| Zachary Coffey | MA |
| Brendan Siris | UT |
| Justin Burke | NY |
| Brian Clark | NH |
| Joseph Ho | IL |
| Chloe Youhanna | MI |

| Name | State(s) of Citizenship |
|---|---|
| Mary Delatte | GA |
| Michael Marcone | FL |
| Katherine Blom | ME |
| Jordan James | MI |
| Amunra Archbold | FL |
| Christopher Anderson | TX |
| Melina Goldstein | CO |
| Kirstie Krueger | TX |
| Alyssa Cohn | CA |
| Brian Williams | CA |
| Joshua Meyer | CO |
| Kook Bong Kim | VA |
| Mary Kate Walton | UT |
| Ronald Register | TX |
| Tabitha Cauni | GA |
| Miasha McDowell | NC |
| Jenna MacKinnon | MA |
| Gil Perez | CT |
| Jazzmine Holland | MI |
| Brenna Hatch | MI |

| Name | State(s) of Citizenship |
|---|---|
| Ryan De Guzman | CA |
| Karen Jones | NC |
| Amber Swain | UT |
| Brittany Barsy | CO |
| Chelsea Watson | TX |
| Jacqueline Robinson | SC |
| Mary Henderson | OH |
| Malcolm Westbrook | FL |
| Janel Hicks | MI |
| Allison Reding | MA |
| Anthony Smith | TX |
| Alexander Marek | NV |
| Braxton Norwood | CA |
| Chase Fayne | AZ |
| Chrisnel Merasse | FL |
| Justin Callahan | TX |
| Raemy Osborn | TX |
| Rafael Pires | FL |
| Thomas Bulleri | CA |
| Rosaria Barone | OH |

| **Name** | **State(s) of Citizenship** |
|---|---|
| Annie Buff | OH |
| Annabelle Bullard | CA |
| Morgan Andree | MI |
| Courtney Beckers | IL |
| Kelly Carosa | NC |
| Wesley Chan | NY |
| Christopher Chianese | FL |
| Casey DiBenedetto | MA |
| Kendall Feaster | NC |
| Liam Gillis | MA |
| Kaija Gregory | NC |
| Scotty Hale | CA |
| Lake Jones | TX |
| Mitchell Mabry | FL |
| Mylissa Mack | MI |
| Donovan Malone | AZ |
| Whitney Mebane | NC |
| Hannah Morse | NC |
| Melissa Remer | NC |
| Charlotte Simpson | NJ |

| Name | State(s) of Citizenship |
|---|---|
| Emily Smith<br><br>Stephanie Snavely<br><br>Michaela Vernava | NC<br><br>FL<br><br>MA |
| G20 II Hometap Holdings, LLC | *Complete member and citizenship information for G20 II Hometap Holdings, LLC unknown at this time.* |
| G20 Ventures III Hometap Holdings LLC<br><br>G20 Ventures II, LP<br><br>G20 Associates II, LLC | <br><br><br><br>*Complete member and citizenship information for G20 Associates II, LLC unknown at this time.* |
| American Family Mutual Insurance Company, S.I. | WI |
| AmFam VC Fund III, LP<br><br>AmFam VC Fund III GP, LLC<br><br>New Ventures, LLC | <br><br><br><br>*Complete member and citizenship information for New Ventures, LLC unknown at this time.* |
| Pillar I (AIV), LP<br><br>Pillar I, L.P. | <br><br>*Complete partner and citizenship information for Pillar I, L.P. unknown at this time.* |
| Pillar Select Hometap Holdings, LLC<br><br>Pillar Select Fund I, L.P.<br><br>Pillar III GP, LLC | <br><br><br><br>*Complete member and citizenship information for Pillar III GP, LLC unknown at this time.* |

| Name | State(s) of Citizenship |
|---|---|
| Real Estate Portfolio HT SPV LP | *Complete partner and citizenship information for Real Estate Portfolio HT SPV LP unknown at this time.* |
| BCC Opco Aggregator, LP<br><br>Bain Capital Credit Member, LLC | <br><br>*Complete member and citizenship information for Bain Capital Credit Member, LLC unknown at this time.* |
| Bain Capital DSS Opportunities Holdings II LP<br><br>Bain Capital Credit Member, LLC | <br><br>*Complete member and citizenship information for Bain Capital Credit Member, LLC unknown at this time.* |
| TriplePoint Ventures 5 LLC | *Complete member and citizenship information for TriplePoint Ventures 5 LLC unknown at this time.* |
| Toolbox, LP | *Complete partner and citizenship information for Toolbox, LP unknown at this time.* |
| Richard C. "Bear" Albright, Jr. | MA |
| Bear Albright Family Trust | MA |
| Guggenheim Life and Annuity Company | DE |
| Delaware Life Insurance Company | DE |
| Lackawanna American Insurance Company | PA |
| Lackawanna National Insurance Company | PA |
| Lackawanna Casualty Company | PA |
| Clear Spring Property and Casualty Company | IN |
| R.V.I. Guaranty Co., Ltd. | Bermuda (foreign entity) |

## PART C. ALL ENTITIES

1. Does the party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

☑ Yes ☐ No

If yes, identify entity and nature of interest:

Co-defendants Hometap HEI Fund IV SPV II, LLC and Hometap Investment Partners II, L.P.

2. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

☐ Yes ☑ No

If yes, identify entity and nature of interest:

3. Are any of the corporations or other entities in questions 1 or 2: (a) a limited liability company (LLC), (b) partnership, or (c) limited partnership (LP)?

☑ Yes ☐ No

If yes, for the purpose of conflict checking, provide the names of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.

*Co-defendants Hometap HEI Fund IV SPV II, LLC and Hometap Investment Partners II, L.P. are filing Rule 7.7 Disclosure Statements concurrently.*

**The foregoing is true and accurate based on information and belief. I understand that I am under a continuing obligation to update this form as necessary.**

Completed by: Armina A. Manning (NC Bar No. 60436)
(Name)

/s/ Armina A. Manning
(Signature) (/s/ sufficient if e-filing)

September 22, 2026
(Date)