**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

BRYAN L. BOTT, ROBERT C. BATCHELOR, EDWARD ARNOLD, and JESSICA ARNOLD, individually and on behalf of all others similarly situated,

*Plaintiff(s),*

v.

HOMETAP EQUITY PARTNERS, LLC; HOMETAP HEI FUND IV SPV II, LLC; and HOMETAP INVESTMENT PARTNERS II, L.P.,

*Defendant(s).*

Case No. 1:26-cv-00515-UA-JEP

Basis for subject matter jurisdiction:
Diversity of Citizenship

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

INSTRUCTIONS:

1. Complete a separate form for each non-governmental corporation, partnership, trust, limited liability company, or other similar entity that is a party to, or that appears in, an action or proceeding in this Court.
2. This form is necessary to assist the Court with screening for subject matter jurisdiction and conflicts of interest in judge assignment.
3. File on the docket under the "Corporate Disclosure Statement" event.
4. A party has a continuing duty to update this information.
5. Plaintiff or moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

This form is completed by: Hometap Investment Partners II, L.P. (Name of party), which is Defendant (Plaintiff, Defendant, Movant, etc.), and is a (check one):

○ Corporation, trust, or other similar entity. (Complete Parts A and C only.)

● Limited liability company, partnership, or other similar entity. (Complete Parts B and C only.)

## PART A. CORPORATIONS, TRUSTS, OR OTHER SIMILAR ENTITIES

LLCs, partnerships, limited partnerships, and similar entities should complete Part B instead.

1. Is the party a publicly held corporation or other publicly held entity?

☐ Yes ☐ No

2. Does the party have any parent entities?

☐ Yes ☐ No

If yes, identify all parent entities including grandparent, great-grandparent, etc.:

____________________________________________________________

3. Does a publicly held corporation or other publicly held entity (a) own 10% or more of stock in the party or (b) have an interest that could be substantially affected by the litigation?

☐ Yes ☐ No

If yes, identify all such entities:

____________________________________________________________

4. Are any of the parent entities (named in question 2) or stock owners or entities (named in question 3) a limited liability company (LLC), partnership, or limited partnership (LP)?

☐ Yes ☐ No

If yes, for the purpose of conflict checking, attach a separate sheet that lists the members or partners of the entity, traced back to corporations or individuals. States of citizenship are not required.

**Skip Part B. Continue to Part C.**

## PART B. LIMITED LIABILITY COMPANIES (LLCS), PARTNERSHIPS, LIMITED PARTNERSHIPS (LPS), AND SIMILAR ENTITIES

All other entities (corporations, trusts, etc.) should complete Part A instead.

1. In all cases, pursuant to Fed. R. Civ. P. 7.1(a)(2) and Local Rule 7.7(a)(2), the following is a list of all members or partners of the party and, in diversity cases, their states of citizenship. If subject matter jurisdiction is premised on a basis other than diversity, the state of citizenship may be omitted. However, the names of the members or partners must still be disclosed so that the Court can screen for conflicts.

| (name of member or partner) | (state[s] of citizenship) |
|---|---|
| Hometap Holdings II, LLC | See page 4 |
| | |
| | |
| | |

Continue on a separate page if necessary.

2. Are any of the entities named in response to question 1 themselves limited liability companies, partnerships, or limited partnerships?

☑ Yes ☐ No

If yes, provide the names—and in diversity cases, states of citizenship—of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.

**SPECIAL NOTE FOR DIVERSITY OF CITIZENSHIP CASES**

**For diversity purposes, a partnership, LLC, or LP is a citizen of the states of its partners or members, not the state in which the entity is organized or registered. *See Capps v. Newmark S. Region*, LLC, 53 F.4th 299 (4th Cir. 2022); *Cent. W. Va. Energy Co., Inc. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011); *Gen. Tech. Applications, Inc. v. Exro Ltda*, 388 F.3d 114, 121 (4th Cir. 2004); *Chalpin Realty SC LLC v. Jersam Realty Inc.,* No. 24-1971, 2025 WL 3654605 (4th Cir. Dec. 17, 2025).**

| **Name** | **State(s) of Citizenship** |
|---|---|
| Hometap Holdings II, LLC | |
| Hometap Equity Partners, LLC | *See concurrently filed Rule 7.7 Disclosure Statement for Hometap Equity Partners, LLC* |

## PART C. ALL ENTITIES

1. Does the party have any subsidiary or other affiliate entities (corporate or otherwise) that might be affected by the proceeding?

☑ Yes ☐ No

If yes, identify entity and nature of interest:

Co-defendants Hometap Equity Partners, LLC and Hometap HEI Fund IV SPV II, LLC

2. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

☐ Yes ☑ No

If yes, identify entity and nature of interest:

3. Are any of the corporations or other entities in questions 1 or 2: (a) a limited liability company (LLC), (b) partnership, or (c) limited partnership (LP)?

☑ Yes ☐ No

If yes, for the purpose of conflict checking, provide the names of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.

*Co-defendants Hometap Equity Partners, LLC and Hometap HEI Fund IV SPV II, LLC are filing Rule 7.7 Disclosure Statements concurrently.*

**The foregoing is true and accurate based on information and belief. I understand that I am under a continuing obligation to update this form as necessary.**

Completed by: Armina A. Manning (NC Bar No. 60436)
(Name)

/s/ Armina A. Manning
(Signature) (/s/ sufficient if e-filing)

September 22, 2026
(Date)