# United States District Court

Middle District of North Carolina

324 W. Market Street
Greensboro, NC 27401-2544

CATHERINE C. EAGLES
CHIEF UNITED STATES DISTRICT JUDGE

Telephone (336) 332-6070
Fax (336) 332-6078

Dear Counsel:

**Robert C. Batchelor, et al. v. Hometap Equity Partners, LLC, et al.**
**1:26cv515**

This case has been randomly selected from the combined dockets of all district judges and administratively assigned to Magistrate Judge Joi Elizabeth Peake to conduct all pretrial proceedings, including recommendation on dispositive motions. Parties have the option to agree for magistrate judges to conduct all proceedings in civil cases, both jury and non-jury, as encouraged by the Judicial Conference of the United States.

Magistrate Judges L. Patrick Auld, Joi Elizabeth Peake, and JoAnna Gibson McFadden, are all well qualified to handle civil cases from discovery through dispositive motions and trial. Trial before a magistrate judge can result in greater efficiency and lower costs, as well as an earlier trial date if desired and a special setting. Appeal from a judgment entered by a magistrate judge will be to the Court of Appeals for the Fourth Circuit.

Please consult with your client concerning the foregoing and then **complete and return the attached MDNC Form 85 to the Clerk's Office within thirty (30) days**. **Do not file the form on ECF; you are required by law to communicate your decision to the Clerk**. 28 U.S.C. § 636(c)(2). Cases in which consent is not given will nevertheless be first considered by the magistrate judge, who will make rulings or recommendations on all motions, including dispositive ones. Accordingly, the Clerk may contact you if you have not responded within 30 days.

Sincerely,

/s/Catherine C. Eagles
Chief/Senior United States District Judge

Attachment