**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CASE NO.: 1:26-cv-00515-UA-JEP**

| | | |
|---|---|---|
| BRYAN L. BOTT, ROBERT C. BATCHELOR, EDWARD ARNOLD, and JESSICA ARNOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC; HOMETAP HEI FUND IV SPV II, LLC; and HOMETAP INVESTMENT PARTNERS II, L.P.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION** |

Plaintiffs Bryan L. Bott, Robert C. Batchelor, Edward Arnold, and Jessica Arnold (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move the Court for an extension of time, up to and including November 9, 2026, within which to file their Response in Opposition to the Motion to Compel Arbitration and Stay Action filed by Defendants Hometap Equity Partners, LLC, Hometap HEI Fund IV SPV II, LLC, and Hometap Investment Partners II, L.P. (collectively, "Defendants" or "Hometap"), with a corresponding extension of the deadline for Hometap to file its Reply, up to and including December 7, 2026. In support of this Motion, Plaintiffs state as follows:

1. On June 3, 2026, Plaintiffs Robert C. Batchelor and Bryan L. Bott filed their initial Complaint. ECF No. 1.

2. On August 21, 2026, Plaintiffs filed an Amended Complaint, adding Edward Arnold and Jessica Arnold as additional named Plaintiffs. ECF No. 15.

3. Pursuant to the parties' Consent Motion for Entry of Briefing Schedule (ECF No. 17) and the parties' Joint Stipulation withdrawing Hometap's original motion without prejudice, Hometap filed a renewed Motion to Compel Arbitration and Stay Action in response to the Amended Complaint. ECF No. 20.

4. Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration and Stay Action is currently due on October 18, 2026. Because that date falls on a Sunday, the deadline runs to Monday, October 19, 2026. See Fed. R. Civ. P. 6(a)(1)(C).

5. Plaintiffs respectfully request a brief extension, up to and including November 9, 2026, to file their Response in Opposition. The additional time is necessary to allow Plaintiffs' counsel to adequately review and respond to the arguments and materials presented in Defendants' motion on behalf of the four named Plaintiffs and the putative class.

6. Plaintiffs agree to a corresponding 14 day extension of time for Hometap to file its Reply, which would extended the date for filing from November 23, 2026 to December 7, 2026.

7. This Motion is filed before the expiration of the current deadline, and good cause exists for the requested extension. See Fed. R. Civ. P. 6(b)(1)(A).

8. Plaintiffs' counsel conferred with counsel for Defendants regarding the relief requested in this Motion, and Defendants consent to the requested extension.

9. This Motion is not made for purposes of delay, and the requested extension will not prejudice any party.

10. A proposed order is being submitted herewith.

.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and extend the deadline for Plaintiffs to file their Response in Opposition to Defendants' Motion to Compel

Arbitration and Stay Action up to and including November 9, 2026, and a corresponding extension of Defendants' Reply up to and including December 7, 2026.

Dated: October 12, 2026


BRYSON HARRIS SUCIU & DEMAY, PLLC

*/s/ Scott C. Harris*
Scott C. Harris
N.C. Bar No. 35328
Lynn M. Johnson
N.C. Bar No. 62465
900 W. Morgan Street
Raleigh, NC 27603
Tel: 919-600-5003
sharris@brysonpllc.com
ljohnson@brysonpllc.com

Anne T. Regan (to be admitted pro hac vice)
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina, MN 55439
Tel: 952-941-4005
aregan@hjlawfirm.com

*Attorneys for Plaintiffs and Putative Class*


**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants.

Dated: October 12, 2026


BRYSON HARRIS SUCIU & DEMAY, PLLC

*/s/ Scott C. Harris*
Scott C. Harris

*Attorney for Plaintiffs and Putative Class*