**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CASE NO.: 1:26-cv-00515-UA-JEP**

| | | |
|---|---|---|
| BRYAN L. BOTT, ROBERT C. BATCHELOR, EDWARD ARNOLD, and JESSICA ARNOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC; HOMETAP HEI FUND IV SPV II, LLC; and HOMETAP INVESTMENT PARTNERS II, L.P.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME** |

THIS MATTER comes before the Court on Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration and Stay Action (the "Motion"). Having considered the Motion, and for good cause shown, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED, and the deadline for Plaintiffs to file their Response in Opposition to Defendants' Motion to Compel Arbitration and Stay Action is extended up to and including November 9, 2026 and the deadline for Defendants' Reply is extended up to and including December 7, 2026.

Date: ____________________________

______________________________________
United States [District / Magistrate] Judge