**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CASE NO.: 1:26-cv-00515**

| | | |
|---|---|---|
| ROBERT C. BATCHELOR, BRYAN L. BOTT, EDWARD ARNOLD, and JESSICA ARNOLD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMETAP EQUITY PARTNERS, LLC; HOMETAP EQUITY HEI FUND IV SPV II, LLC; and HOMETAP INVESTMENT PARTNERS II, L.P.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME** |

THIS MATTER comes before the Court on Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Compel Arbitration and Stay Action (the "Motion"). Defendants consent to the request with a corresponding additional extension for their reply. Having considered the Motion, and for good cause shown, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Extension of Time [Doc. #29] is GRANTED, and the deadline for Plaintiffs to file their Response in Opposition to Defendants' Motion to Compel Arbitration and Stay Action is extended up to and including November 9, 2026, and the deadline for Defendants' Reply is extended up to and including December 7, 2026.

This, the 19th day of October, 2026.

Joi Elizabeth Peake
United States Magistrate Judge